QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David W. Quinto (Bar No. 106232)
    davidquinto@quinnemanuel.com
  Diane M. Doolittle (Bar No. 142046)
    dianedoolittle@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

BAKER MARQUART CRONE & HAWXHURST LLP
  Daryl M. Crone (Bar No. 209610)
    dcrone@bmchlaw.com
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Attorneys for Defendant
Home Depot U.S.A., Inc.

J S - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RENT INFORMATION TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE HOME DEPOT U.S.A., a Georgia corporation, and DOES 1 to 100 inclusive,<br><br>    Defendants. | CASE NO. CV05-7198 R (JWJx)<br><br>**[~~PROPOSED~~] JUDGMENT FOLLOWING TRIAL**<br><br>Ctrm.: 8<br><br>Date Filed:  September 8, 2005<br>Trial Date:  September 23, 2008 |

Following a trial of the claim for breach of contract brought by plaintiff Rent Information Technology, Inc. against defendant Home Depot U.S.A., Inc.,

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered in favor of defendant Home Depot U.S.A., Inc. and against plaintiff Rent Information Technology, Inc.  Defendant shall recover its costs from the plaintiff in the amount of _____.

DATED:  _October 17, 2008

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

BAKER MARQUART CRONE & HAWXHURST LLP

By _____
    David W. Quinto
    Diane M. Doolittle
    Daryl M. Crone
    Attorneys for Defendant
    Home Depot U.S.A., Inc.

Dated:  October __, 2008

Approved as to form only:
BARNHILL & VAYNEROV LLP

By _____
    Steven M. Barnhill
    Attorneys for Plaintiff
    Rent Information Technology, Inc.

1  Dated: October __, 2008
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28